

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00537-CV

_____

IN RE JOSE PORTALATIN, Relator

Original Proceeding
Criminal District Court No. 2 of Tarrant County, Texas
Trial Court No. 1592061, 1562451

Before Kerr, J.; Sudderth, C.J.; and Bassel, J.
Per Curiam Memorandum Opinion on Rehearing

**MEMORANDUM OPINION ON REHEARING**

After we issued our October 14, 2025 memorandum opinion denying relator's "Original Application for Writ of Habeas Corpus"—filed as an original proceeding instead of a direct appeal from a trial court order—the State filed a "State's Motion for Rehearing." We deny that motion, but we also withdraw our October 14, 2025 memorandum opinion and substitute the following to clarify the disposition.

The court has considered relator's "Original Application for Writ of Habeas Corpus" and is of the opinion that relief should be denied because this court lacks jurisdiction to grant relief. *See* Tex. Code Crim. Proc. Ann. art. 11.05; Tex. Gov't Code Ann. § 22.221(a), (d). Accordingly, relator's "Original Application for Writ of Habeas Corpus" is denied. *See* Tex. R. App. P. 52.8(a).

Per Curiam

Delivered: October 31, 2025